JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MILLER,<br><br>        Plaintiff,<br><br>    v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No. CV 14-6158 FMO (PJWx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 2nd day of December, 2014.

                                                                                  /s/<br>
                                                  Fernando M. Olguin<br>
                                       United States District Judge